Hillsborough, }
June, 1899. }

DUBE, *Adm'x, v.* GAY.

CASE, to recover for injuries resulting in the death of the plaintiff's intestate, Joseph Dube, while employed by the defendant in laying a sewer.   The defendant's motion to direct a verdict for him was denied, subject to exception.

*Charles J. Hamblett, Charles W. Hoitt, Charles H. Burns,* and *John H. Riedell,* for the plaintiff.

*Jeremiah J. Doyle, George B. French,* and *Isaac W. Smith,* for the defendant.

PARSONS, J.   The motion should have been granted.   There was no evidence that the defendant's knowledge of the danger

from which the injuries resulted was, or in the exercise of due care could have been, superior to that of the plaintiff's intestate, who was injured. The case discloses no evidence upon which the jury could properly find for the plaintiff.

*Verdict set aside : judgment for the defendant.*

PEASLEE, J., did not sit : the others concurred.